O

# United States District Court
# Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SHRILEY DeSILVIA ,<br><br>        Defendant. | Case No. 2:14-cv-05586-ODW-AJW<br><br>**ORDER TO SHOW CAUSE RE: CLOSING CASE** |

The judgment debtor examination underlying this action was taken off calendar on October 14, 2016.  Since that date, neither party has moved.  The Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, no later than **Friday, September 30, 2016**, why the Court should not close this case.  Absent a showing of good cause after such date, the Clerk of Court will be directed to close the case.

**IT IS SO ORDERED.**

September 23, 2016

_____
              **OTIS D. WRIGHT, II**
       **UNITED STATES DISTRICT JUDGE**